U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq, Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Schmanisky V. Broadway pleaded guilty to one count of conspiracy to possess with intent to distribute five kilograms or more of cocaine and one count of possessing a firearm during and in relation to a drug trafficking offense. He was sentenced to serve a 240–month prison term on the drug count as well as a consecutive 60–month prison term on the firearms conviction pursuant to 18 U.S.C. § 924(c)(1)(A)(i).

In the sole issue raised on appeal, Broadway argues that the district court erred by sentencing him to a consecutive mandatory five-year minimum sentence under § 924(c)(1)(A)(i) because his drug offense carried a greater minimum sentence. This argument has been rejected by both this court and the United States Supreme Court. *Abbott v. United States,* — U.S. —, 131 S.Ct. 18, 23, 178 L.Ed.2d 348 (2010); *United States v. London,* 568 F.3d 553, 564 (5th Cir.2009), *cert.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

*denied,* — U.S. —, 131 S.Ct. 631, 178 L.Ed.2d 507 (2010).

AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Linda PICHON, Defendant–Appellant.**

No. 10–30788

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 19, 2011.

Daniel P. Friel, Esq., Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, Stephen Andrew Higginson, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Defendant–Appellant.

Linda Pichon, Slidell, LA, pro se.

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Linda Pichon has moved for

---

leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Pichon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.